**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **OTHER WORLD COMPUTING, INC., an Illinois corporation,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Exhibit A To The Complaint,**<br><br>   **Defendants.** | **Case No.**<br><br>**Honorable**<br><br>**JURY DEMANDED** |

## COMPLAINT

Plaintiff, Other World Computing, Inc. ("OWC"), by its attorneys, Lewis Brisbois Bisgaard & Smith, LLP, as their Verified Complaint against the Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified on Exhibit A to this Verified Complaint, hereby pleads as follows.

## PARTIES

1.     OWC is a privately held corporation founded in 1998 in the state of Illinois, where its principal place of business and headquarter operations are located. OWC's corporate headquarters are located in the city of Woodstock, Illinois. OWC is a leading developer and manufacturer of high performance storage, and connectivity solutions in addition to a direct sales ecommerce presence with a focus on upgrades, enhancements, and used Apple devices.

2. ████████████████████████████████████████

████████

3. ████████████████████████████████████████

████████████████████████████████████████████████

██

4. ████████████████████████████████████████

████████████████████████████████████████████████

██

5. ████████████████████████████████████████

██████████████████

**JURISDICTION AND VENUE**

6. ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████

7. ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████

8. ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████

**<u>ALLEGATIONS COMMON TO ALL COUNTS</u>**

9. ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████

10. ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████

11. ████████████████████████████████

████████████████████████████████████

████████████████████████████████

12. ██████████████████████████████████
██████████████████████████████████████
███████████████████████████████

13. ██████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████

14. ██████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████

15. ██████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████

16. ██████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

17.

███████████████████████████████████████████████

██████████████████████████████

18.     ██████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████

19.     ██████████████████████████████████████████

██████████████████████████████████

20.     ██████████████████████████████████████████

███████████████████████

21.     ██████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

22.     ██████████████████████████████████████████

████████████████████████████████

23.     ██████████████████████████████████████████

███████████████████████████████████████████████

█████████████████

24.     ██████████████████████████████████████████

███████████████████████████████████████████████

██████

25. ████████████████████████████████████████████

████████████████████████████████

## <u>COUNT I</u>

████████████████████████████████████████████
████████████████████████████████████
██████████████

26.     Plaintiff incorporates by reference as though fully set forth herein the allegations

contained in paragraphs 1 through 25 above.

27. ████████████████████████████████████████████

████████████████████

28. ████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

29. ████████████████████████████████████████████

████████████████████████████████████████████████

30. ████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

31.

32.

33.

34.

35. ███████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████

36. ███████████████████████████████████████████
████████████████████████████

37. ███████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████

38. ███████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

39.  ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████

40.  ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████

41.  █████████████████████████████████████

████████████

42.  █████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████

## COUNT II

████████████████████████████████████████████

███████████████

43.    Plaintiff incorporates by reference as though fully set forth herein the allegations contained in paragraphs 1 through 42 above.

44. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

45. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████

46. ███████████████████████████████████████

████████████████████████████████████████

47. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████

48.   ████████████████████████████████████████████

████████████████████████████████████████

49.   ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████

## **COUNT III**

██████████████████████████████

██████████████████

50.     Plaintiff incorporates by reference as though fully set forth herein the allegations contained in paragraphs 1 through 49 above.

51. ████████████████████████████████████████████████████

████████████████████

   ■ ████████████████████████████████████████████████████

      ████████████████████████████████████████████████████

      ████████████████████████████████████████████████████

      ███████████████████████████████████

   ■ ███████████████████████████████████████

   ■ ████████████████████████████████████████████████████

   ■ ████████████████████████████████████████████████████

52. ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████

53. ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████

54. ████████████████████████████████████████████████████

███████████████████████████████████████████████

**COUNT IV**

███████████████████████
███████████

55.     Plaintiff incorporates by reference as though fully set forth herein the allegations contained in paragraphs 1 through 54 above.

56.     ████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

57.     ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████

58.     ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████

59.     ████████████████████████████████████

████████████████████████████████████████

**COUNT V**

██████████████
██████████████

60.     Plaintiff incorporates by reference as though fully set forth herein the allegations contained in paragraphs 1 through 59 above.

138495116.2 14

61.     ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████

62.     ████████████████████████████████████████████

████████████████████████████████████████████████

**COUNT VI**

████████████████████████████

███████████████

63.     Plaintiff incorporates by reference as though fully set forth herein the allegations contained in paragraphs 1 through 62 above.

64.     ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

**COUNT VII**

████████████████████████████

█████████████████

65.     Plaintiff incorporates by reference as though fully set forth herein the allegations contained in paragraphs 1 through 64 above.

66.     ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████

67.  ████████████████████████████

68.  ███████████████████████████████████████████

███████████

69.  ███████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████

70.  ███████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████

**COUNT VIII**

████████████████████████

████████████

71.     Plaintiff incorporates by reference as though fully set forth herein the allegations contained in paragraphs 1 through 70 above.

72.  ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

73. ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

74. ████████████████████████████████████████

███████████████████

75. ████████████████████████████████████████

█████████████████████████

76. ████████████████████████████████

77. ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████

78. ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████

79. ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████

80. 

81.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against Defendants as follows:





**JURY DEMAND**

Plaintiffs demand a trial by jury.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH**

By:   */s/ Bryan P. Sugar*
      One of the Attorneys for the Plaintiff
      Bryan P. Sugar, ARDC # 6276016
      **LEWIS BRISBOIS BISGAARD &
      SMITH LLP**
      550 West Adams Street, Suite 300
      Chicago, Illinois 60661

      Bryan.Sugar@lewisbrisbois.com

## VERIFICATION

**STATE OF ILLINOIS, COUNTY OF COOK**

I have read the foregoing COMPLAINT and know its contents.

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am the CEO of Other World Computing, Inc., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☒ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

☐ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____, a party to this action. Such party is absent from the county where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 29th, 2024, at Conroe, Texas.


Lawrence Richard O'Connor
Print Name of Signatory                                    Signature